KIMBERLY A. SANCHEZ
Acting United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jul 24, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAVIER HERNANDEZ-LOPEZ, <br><br> Defendant. | CASE NO. 2:25-cr-0172 DC <br><br> [PROPOSED] SEALING ORDER <br><br> **UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment, the United States' request to seal, and the Order to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: July 24, 2025

HONORABLE CHI SOO KIM
U.S. MAGISTRATE JUDGE