CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JAVIER HERNANDEZ-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAVIER HERNANDEZ-LOPEZ,<br><br>  Defendant. | Case No.: 2:25-cr-172 DC<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   September 5, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dena Coggins |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Dhruv Sharma, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Javier Hernandez-Lopez, that the currently scheduled change of plea hearing be vacated and the matter reset to this court's criminal calendar on September 26, 2025, at 9:30 a.m., for possible change of plea. Defense counsel was appointed to represent Mr. Hernandez-Lopez on August 18, 2025. On August 20, 2025, the government disclosed over five hundred pages of discovery to the defense. On August 25, 2025, the government conveyed a plea agreement to defense counsel.

   Defense counsel will require time to review the records with Mr. Hernandez-Lopez, discuss the proposed plea agreement, and conduct investigation, as necessary, in order to prepare for trial.

08/26/25

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from August 25, 2025, the date of the parties' stipulation, through September 26, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   August 25, 2025            /S/     Dhruv Sharma
                                    ERIC GRANT
                                    by DHRUV SHARMA
                                    Attorney for Plaintiff

DATED:   August 25, 2025            /S/     Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Javier Hernandez-Lopez

08/26/25

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference (Possible Change of Plea) scheduled for September 5, 2025, is VACATED and RESET for September 26, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 25, 2025 and September 26, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **August 26, 2025**

Dena Coggins
United States District Judge

08/26/25