CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JAVIER HERNANDEZ-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAVIER HERNANDEZ-LOPEZ,<br><br>　　　　Defendant. | Case No.: 2:25-cr-172 DC<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:　September 26, 2025<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Dena Coggins |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Dhruv Sharma, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Javier Hernandez-Lopez, that this matter currently scheduled for status conference on September 26, 2025, at 9:30 a.m., vacated and continued for further status conference and possible change of plea to this court's criminal calendar on October 10, 2025, at 9:30 a.m.  Defense counsel was substituted in as counsel of record on August 18, 2025, and will require additional time to review records, confer with Mr. Hernandez-Lopez, and conduct additional investigation, as necessary, in order to prepare for trial. Moreover, the government has presented a proposed plea agreement for Mr. Hernandez-Lopez' consideration.

　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

09/22/25

1  from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-
2  4), from September 18, 2025, the date of the parties' stipulation, through October 10,
3  2025, and that the ends of justice served in granting the continuance and allowing the
4  defendant further time to prepare outweigh the best interests of the public and the
5  defendant to a speedy trial.

DATED:    September 18, 2025        /S/     Dhruv Sharma
                                    ERIC GRANT
                                    by DHRUV SHARMA
                                    Attorney for Plaintiff

DATED:    September 18, 2025        /S/     Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Javier Hernandez-Lopez

09/22/25

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference (Possible Change of Plea Hearing) scheduled for September 26, 2025, is VACATED and RESET for October 10, 2025, at 9:30 a.m., in Courtroom 10 before the Honorable Dena M. Coggins. The court finds that the time period between September 18, 2025, through October 10, 2025, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) [Local Code T4], to afford counsel reasonable time to prepare. Based on the parties' representations, the court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:  **September 22, 2025**

Dena Coggins
United States District Judge

09/22/25