CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JAVIER HERNANDEZ-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAVIER HERNANDEZ-LOPEZ,<br><br>    Defendant. | Case No.: 2:25-cr-172 DC<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  November 14, 2025<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dena Coggins |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Dhruv Sharma, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Javier Hernandez-Lopez, that this matter currently scheduled for status conference on November 14, 2025, at 9:30 a.m., vacated and continued for further status conference and possible change of plea to this court's criminal calendar on January 16, 2026, at 9:30 a.m.  Defense counsel requires additional time to review records, confer with Mr. Hernandez-Lopez, and conduct additional investigation, as necessary, in order to prepare for trial.  Moreover, defense counsel must coordinate with an interpreter to review pertinent documents with Mr. Hernandez-Lopez.

   IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

11/08/25

4), from November 6, 2025, the date of the parties' stipulation, through January 16, 2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   November 6, 2025          /S/     Dhruv Sharma
                                   ERIC GRANT
                                   by DHRUV SHARMA
                                   Attorney for Plaintiff


DATED:   November 6, 2025          /S/     Clemente M. Jiménez
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for Javier Hernandez-Lopez

11/08/25

**ORDER**

The court, having received, read and considered the parties' stipulation filed on November 6, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for November 14, 2025, is VACATED and a Status Conference (Possible Change of Plea Hearing) is SET for January 16, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 6, 2025 and January 16, 2026, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **November 8, 2025**

Dena Coggins
United States District Judge

11/08/25